RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for JULIO ARRAS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIO ARRAS,<br><br>    Defendant. | Case No. 3:15-cr-00050-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING RE: REVOCATION OF SUPERVISED RELEASE (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JULIO ARRAS and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Sentencing re: Revocation of Supervised Release set for December 3, 2024, at 11:00 AM, be vacated and continued to December 30, 2024, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned defense counsel has a conflict and will be in trial in another matter before Judge Traum on December 3, 2024, at 11:00 a.m.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 22nd day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for JULIO ARRAS | By */s/ Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Re: Revocation of Supervised Release set for 12/3/2024, at 11:00 a.m., be vacated and continued to 12/30/2024, at 11:00 a.m. in Reno Courtroom 4 before District Judge Howard D. McKibben.  **IT IS SO ORDERED.**

DATED this 26th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE