**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO ARRAS,

Defendant.

Case No. 3:15-cr-00050-HDM-CSD

**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JULIO ARRAS and Attorney General of the United States TODD BLANCHE, Assistant United States Attorney JOSEPH SCISCENTO, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for October 27, 2026, at 11:00 AM, be vacated and continued to **January 19, 2027, at 11:00 AM**.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 21st day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for JULIO ARRAS

TODD BLANCHE
Attorney General of the United States

By */s/ Joseph Sciscento*
JOSEPH SCISCENTO
Assistant United States Attorney
Counsel for the Government

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO ARRAS,

Defendant.

Case No. 3:15-cr-00050-HDM-CSD

**ORDER**

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 27, 2026, at 11:00 AM, be vacated and continued to **January 19, 2027, at 11:00 AM** in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 21st day of October, 2026.

Howard D McKibben

UNITED STATES DISTRICT JUDGE